# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v().  Case No. 6:24-CV-290

ALFONSO ORTIZ AKA ALFONSO
ORTIZ BRENES,

    Defendant

_____/

## COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

    Plaintiff the United States of America, by and through undersigned as Private Counsel to the Assistant United States Attorney for the Middle District of Florida hereby sets forth its Complaint against Defendant ALFONSO ORTIZ AKA ALFONSO ORTIZ BRENES, and states as follows:

### JURISDICTION AND VENUE

1. This court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1345. *See 28 U.S.C. §1345.*

2. The defendant is a resident of Orange County, Florida within the jurisdiction of this Court and may be served with service of process at 7987 Sapphire Lane # 3, Orlando, Florida 32822.

**COUNT ONE- RECOVERY OF MEDICARE CONDITIONAL PAYMENTS PURSUANT TO 42 U.S.C. §1395y AND 42 C.F.R. §411.24**

3. Paragraphs 1 and 2 of the Complaint are hereby realleged as if fully rewritten herein.

4. In accordance with 42 U.S.C. §1395y (b) (2) (B) (i), the U.S. Department of Health and Human Services, Centers for Medicare and Medicaid Services (hereinafter 'CMS') conditionally paid for Defendant's medical care related to an incident which occurred on April 15, 2015 that resulted in injuries sustained by the Defendant. *See 42 U.S.C. §1395y (b) (2) (i).* As evidenced by the Payment Summary Form, a true and accurate copy of which is attached as Exhibit A[1], the full amount paid by CMS totaled $8,662.18. *See Payment Summary Form,* attached as **Exhibit A.**

5. CMS determined that Defendant received a settlement, judgment, award, or other payment related to the April 15, 2015 incident.

6. Pursuant to 42 U.S.C. §1395y and 42 C.F.R. §411.24, Defendant is required to repay the amount of the conditional payments made by CMS based upon the settlement, judgment, award, or other payment received by the Defendant, and the United States is entitled to bring an action to recover any conditional payments made. *See 42 U.S.C. §1395y (b) (2) (B) (ii), (iii); See also 42 C.F.R. §411.24 (d), (g).*

7. The debt owed to the United States of America, referenced by **Account No. 2020A13923**, is broken down as follows:

    a. Current Principal                                                                       $5,344.65

    b. Current Capitalized Interest Balance and
       Accrued Interest                                                           $2,235.37

---

[1] The medical information contained on the Payment Summary Form has been redacted for privacy

|   |   |   |
|---|---|---|
| c. | Administrative Fee, Costs, Penalties | $0.00 |
| d. | Credits previously applied *(Debtor payments, credits, and offsets)* | $0.00 |
|   | **Total Owed** | **$7,580.02** |

8. The Certificate of Indebtedness, a true and accurate copy of which is attached as Exhibit B, shows the total amount due and owing as of the date of the Certificate of Indebtedness. *See Certificate of Indebtedness,* attached as **Exhibit B.** Interest continues to accrue on the principal balance only at the rate of 10.13% pursuant to 42 C.F.R. §411.24(m). *See 42 C.F.R. §411.24 (m).*

9. Demand has been made upon the Defendant for payment of the indebtedness, and the Defendant has neglected and refused to pay the same.

**WHEREFORE**, Plaintiff the United States of America respectfully requests this Court grant Judgment in its favor and against Defendant ALFONSO ORTIZ AKA ALFONSO ORTIZ BRENES in an amount totaling $7,580.02 plus interest that continues to accrue on the principal balance only at the rate of 10.13% per annum from January 18, 2024 plus attorney's fees to the extent allowed by law; a filing fee in the amount of $400 as permitted by 28 U.S.C. §2412 (a) (2); and any other relief which the Court deems proper.

DATED this  8th  day of  February 2024.

Respectfully submitted,

By: /s/ Matthew L. Schulis, Esq.
Matthew L. Schulis (FBN: 57116)
Attorney for the Plaintiff
United States of America
On Behalf of **Schuerger Law Group**
621 S. Federal Highway, Suite 10
Fort Lauderdale, Florida 33301

Phone: (561) 576-6893
mschulis@schuergerlaw.com
efiling@schuergerlaw.com